# Law Offices of David M. Schlachter, LLC

579 Main Avenue  www.LawDMS.com
Passaic, NJ 07055  DavidS@lawdms.com
973 272-4768  973 272-4167 (fax)

David M. Schlachter, Esq. – NY, NJ

August 15, 2011

Magistrate Justice
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

        **Re:**    **Our File No. 11-1334**
                **Campbell v. Bank of New York**
                **Southern District of New York**
                <u>**Docket No. 11-CV-01588**</u>

Dear Magistrate Judge:

    Please allow this letter to notify the Court of our entering appearance in this matter on behalf of all Plaintiffs. Ben Manevitz, of counsel, will be handling this matter under our firm, while David M. Schlachter gets admitted pro hoc vice, and/or admitted in the Southern District of New York.

    We thank the Court for its consideration.

                                                Very truly yours,

                                                *[signature]*

                                                David M. Schlachter

Cc:    Philip Scott
          Steven J. Baum, P.C., Defendants' counsel

DMS/dms

*Evening and Sunday Appointments Available!*