Steven S. Rand, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA CAMPBELL, MARLENE GATHERS and PHILLIP SCOTT,<br><br>Plaintiffs,<br><br>- against -<br><br>THE BANK OF NEW YORK TRUST CO., JPMORGAN CHASE BANK, and GMAC BANK,<br><br>Defendants. | Civ No.: 11-CV-01588 (CS)<br><br>**NOTICE OF APPEARANCE** |

TAKE NOTICE, that defendants The Bank of New York Trust Company, N.A. incorrectly s/h/a The Bank of New York Trust Co., JPMorgan Chase Bank, N.A. incorrectly s/h/a JPMorgan Chase Bank and GMAC Mortgage, LLC incorrectly s/h/a GMAC BANK, hereby appear in the above entitled action, and the undersigned has been retained as attorneys for said defendants and demands that all papers in this action be served upon the undersigned at the office and address stated below. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
August 14, 2012

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Steven S. Rand
Steven S. Rand
Attorneys for Defendants *The Bank of New York Trust Company, N.A., JPMorgan Chase Bank, N.A., and GMAC Mortgage, LLC*
575 Lexington Avenue
New York, NY  10022
(212) 223-0400