ZEICHNER ELLMAN & KRAUSE LLP
Theodora D. Vasilatos, Esq.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for defendants The Bank of New York Trust Company, N.A,
incorrectly s/h/a Bank of New York Trust Co., JPMorgan Chase Bank, N.A.,
incorrectly s/h/a JPMorgan Chase Bank, and GMAC Mortgage, LLC
incorrectly s/h/a GMAC Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA CAMPBELL, MARLENE GATHERS
and PHILLIP SCOTT,

                         Plaintiffs,

            - against -

THE BANK OF NEW YORK TRUST CO.,
JPMORGAN CHASE BANK, and GMAC
BANK,

                        Defendants.

Case No.: 11-CV-01588 (CS)

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      The undersigned attorneys for defendant The Bank of New York Trust Company, N.A., incorrectly sued herein as The Bank of New York Trust Co., certify upon information and belief, that The Bank of New York Trust Company, N.A. is a wholly-owned subsidiary of the Bank of New York Mellon Corporation, a publicly traded corporation (NYSE:BK). No corporation owns 10% or more of the Bank of New York Mellon Corporation.

Dated: New York, New York
August 14, 2012

                    ZEICHNER ELLMAN & KRAUSE LLP

                    By: /s/ Theodora D. Vasilatos
                        Theodora D. Vasilatos, Esq.
                        Attorneys for Defendants *The Bank of New York Trust Company, N.A., JPMorgan Chase Bank, N.A. and GMAC Mortgage, LLC*
                        575 Lexington Avenue
                        New York, NY  10022
                        (212) 223-0400