ZEICHNER ELLMAN & KRAUSE LLP
Theodora D. Vasilatos, Esq.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for defendants The Bank of New York Trust Company, N.A, incorrectly s/h/a Bank of New York Trust Co., JPMorgan Chase Bank, N.A., incorrectly s/h/a JPMorgan Chase Bank, and GMAC Mortgage, LLC incorrectly s/h/a GMAC Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA CAMPBELL, MARLENE GATHERS, and PHILLIP SCOTT,

                        Plaintiffs,

- against -

THE BANK OF NEW YORK TRUST CO., JPMORGAN CHASE BANK, and GMAC BANK,

                        Defendants.

Case No.: 11-CV-01588 (CS)

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      The undersigned attorneys for defendant of record JPMorgan Chase Bank, N.A., incorrectly sued herein as JPMorgan Chase Bank, certifies that the following reflects any publicly held corporate parents, and listing of any publicly held company that owns 10% or more of the stock of JPMorgan Chase Bank, N.A.: JPMorgan Chase & Co.

Dated: New York, New York
August 14, 2012

                         ZEICHNER ELLMAN & KRAUSE LLP

                         By: /s/ Theodora D. Vasilatos
                             Theodora D. Vasilatos, Esq.
                             Attorneys for Defendants *The Bank of*
                             *New York Trust Company, N.A.,*
                             *JPMorgan Chase Bank, N.A. and*
                             *GMAC Mortgage, LLC*
                             575 Lexington Avenue
                             New York, NY  10022
                             (212) 223-0400