ZEICHNER ELLMAN & KRAUSE LLP
Theodora D. Vasilatos, Esq.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for defendants The Bank of New York Trust Company, N.A,
incorrectly s/h/a Bank of New York Trust Co., JPMorgan Chase Bank, N.A.,
incorrectly s/h/a JPMorgan Chase Bank, and GMAC Mortgage, LLC
incorrectly s/h/a GMAC Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA CAMPBELL, MARLENE GATHERS,
and PHILLIP SCOTT,

                      Plaintiffs,

- against -

THE BANK OF NEW YORK TRUST CO.,
JPMORGAN CHASE BANK, and GMAC
BANK,

                      Defendants.

Case No.: 11-CV-01588 (CS)

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      The undersigned attorneys for defendant GMAC Mortgage LLC, incorrectly sued herein as GMAC Bank, certify upon information and belief, that GMAC Mortgage, LLC is a wholly owned indirect subsidiary of Ally Financial Inc. f/k/a GMAC Inc. ("Ally"). Ally is not publicly held. No publicly held corporation owns more than 10% of the common stock of Ally.

Dated:   New York, New York
         August 14, 2012

                ZEICHNER ELLMAN & KRAUSE LLP

              By: /s/ Theodora D. Vasilatos
                Theodora D. Vasilatos, Esq.
                Attorneys for Defendants *The Bank of*
                *New York Trust Company, N.A.,*
                *JPMorgan Chase Bank, N.A. and*
                *GMAC Mortgage, LLC*
                575 Lexington Avenue
                New York, NY 10022
                (212) 223-0400