

ZEICHNER ELLMAN & KRAUSE LLP
Theodora D. Vasilatos, Esq.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for defendants The Bank of New York Trust Company, N.A, incorrectly s/h/a Bank of New York Trust Co., JPMorgan Chase Bank, N.A., incorrectly s/h/a JPMorgan Chase Bank, and GMAC Mortgage, LLC incorrectly s/h/a GMAC Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA CAMPBELL, MARLENE GATHERS, and PHILLIP SCOTT,<br><br>Plaintiffs,<br><br>- against -<br><br>THE BANK OF NEW YORK TRUST CO., JPMORGAN CHASE BANK, and GMAC BANK,<br><br>Defendants. | Case No.: 11-CV-01588 (CS)<br><br>**STIPULATION TOLLING DEFENDANT'S TIME TO ANSWER** |

WHEREAS by order dated August 13, 2012 in a related case Plaintiffs were granted leave to further amend their complaint by September 13, 2012 to add any claims that they have against any person or entity relating to the mortgage that is the subject of this action;

IT IS HEREBY STIPULATED and AGREED by and between the undersigned attorneys that defendants The Bank of New York Trust Company, N.A. incorrectly s/h/a The Bank of New York Trust Co., JPMorgan Chase Bank, N.A. incorrectly s/h/a JPMorgan Chase Bank and GMAC Mortgage, LLC incorrectly s/h/a GMAC BANK (collectively, "Defendants"), acknowledge service of the Summons and Complaint in the within action; and

IT IS FURTHER STIPULATED AND AGREED that Defendants' time to respond to Plaintiffs' amended complaint or Plaintiffs' further amended complaint is tolled to and will begin to run from September 13, 2012 so that Defendants' response to the amended complaint or the further amended complaint will be due on or before October 4, 2012; and

IT IS FURTHER STIPULATED AND AGREED that the caption of this action should be amended to reflect the proper names of the defendants herein and as amended should read as follows: The Bank of New York Trust Company, N.A., successor to JPMorgan Chase Bank, N.A., as Trustee and GMAC Mortgage, LLC; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and filed without further notice with the Court and that facsimile or other electronic signatures shall be deemed originals.

Dated:  New York, New York
        August 20, 2012

LAW OFFICES OF DAVID M.
SCHLACHTER, ESQ.

By: _____
    David M. Schlachter
    Attorney for Plaintiffs Barbara
    Cambpell, Marlene Gathers and
    Phillip Scott
    579 Main Avenue
    Passaic, New Jersey 07055
    (973) 272-4768

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
    Theodora D. Vasilatos, Esq.
    Attorneys for Defendants *The Bank of New York Trust Company, N.A., JPMorgan Chase Bank, N.A. and GMAC Mortgage, LLC*
    575 Lexington Avenue
    New York, NY 10022
    (212) 223-0400

SO ORDERED:

_____
Honorable Cathy Seibel, U.S.D.J.

Dated: 8/24/12
White Plains, N.Y.

#677179v1/TDV/10029.051                                   2