## ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

August 29, 2012

**BY FACSIMILE**

Honorable Cathy Seibel
United States District Judge
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Facsimile No.: (914) 390-4278**

Application Granted / ~~Denied~~
So Ordered.

*/s/ Cathy Seibel*

Cathy Seibel, U.S.D.J.

Dated: 8/30/12

Conference adjourned to
October 12, 2012 at 4:30 p.m.

**Campbell v. The Bank of New York Trust Company, N.A. et al.**
**Docket No. 11-CV-01588-CS-PED**

Dear Judge Seibel:

       This firm is counsel to defendants The Bank of New York Trust Company, N.A., JPMorgan Chase Bank, N.A., and GMAC Mortgage, LLC (collectively, "Defendants") in the above-captioned action (the "Campbell Action"). Pursuant to this Court's July 18, 2012 Order, plaintiffs were given until August 8, 2012 to amend their complaint. In the event that plaintiffs amended their complaint by August 8, 2012, the parties would have to appear before this Court for a conference on September 7, 2012. Plaintiffs filed an amended complaint on August 7, 2012.

       However, in the related case entitled <u>Phillip Scott v. The Bank of New York Trust Company, N.A. et al</u>. Case No. 12-CV-2607 (CS), by Court Order dated August 13, 2012, this Court gave the Campbell Action plaintiffs leave to further amend their once amended complaint by September 13, 2012.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/12

ZEICHNER ELLMAN & KRAUSE LLP

Honorable Cathy Seibel
August 29, 2012
Page 2

        Accordingly, it is respectfully requested that the September 7, 2012 conference be adjourned to a date following service of plaintiffs' amended complaint (currently due by September 13, 2012) and Defendants' response thereto.

Respectfully submitted,

Steven S. Rand

SSR:tdv

cc:    Barbara Campbell (By First Class Mail)
       Marlene Gathers (By First Class Mail)
       Philip Scott (By First Class Mail)

# ZEICHNER ELLMAN & KRAUSE LLP

**FAX TRANSMITTAL**

575 Lexington Avenue  
New York, New York 10022  
www.zeklaw.com

New York  
New Jersey  
Connecticut

Reception:　(212) 223-0400  
Fax No.:　(212) 753-0396 / 753-0646

| Date: | Wednesday, August 29, 2012 | Total Pages (including cover): | Three (3) |
|---|---|---|---|
| From: | Steven S. Rand, Esq. | E-Mail: | srand@zeklaw.com |
| Direct Dial: | (212) 826-5307 | Client-Matter: | 10029.051 |

| Deliver to: | Company: | Fax No.: | Voice No.: |
|---|---|---|---|
| Honorable Cathy Seibel | Federal Building and United States Courthouse | (914) 390-4278 | (914) 390-4271 |

## MESSAGE:

**Campbell v. The Bank of New York Trust Company, N.A., et al.**  
**Docket No. 11-CV-01588-CS-PED**

**To The Recipient:** This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality. In the event of an unauthorized receipt of this transmission, kindly contact the sender to arrange retrieval.