ZEICHNER ELLMAN & KRAUSE LLP
Theodora D. Vasilatos, Esq.
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for defendants The Bank of New York Trust Company, N.A., incorrectly s/h/a Bank of New York Trust Co., JPMorgan Chase Bank, N.A., incorrectly s/h/a JP Morgan Chase Bank, N.A., GMAC Mortgage, LLC incorrectly s/h/a GMAC Bank, LLC., Mortgage Electronic Registration Systems, Inc. incorrectly s/h/a Mortgage Electronic Registration Service, Inc., and RAMP Series 2005-RZ3 Trust incorrectly s/h/a 2005 RS3 RAMP Series 2005-RS3 Trust, as Trustee*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA CAMPBELL, MARLENE GATHERS,
and PHILLIP SCOTT,

                              Plaintiffs,

    - against -

THE BANK OF NEW YORK TRUST CO.,
JP MORGAN CHASE BANK, N.A.,
and GMAC BANK, LLC.,
MORTGAGE ELECTRONIC
REGISTRATION SERVICE, INC. ("MERS")
And 2005 RS3 RAMP Series 2005-RS3
Trust, as Trustee

                              Defendants.

Case No.: 11-CV-01588 (CS)

**STIPULATION AMENDING CAPTION OF SECOND AMENDED COMPLAINT**

        IT IS HEREBY STIPULATED and AGREED by and between the undersigned attorneys that defendants The Bank of New York Trust Company, N.A. incorrectly s/h/a The Bank of New York Trust Co., JPMorgan Chase Bank, N.A. incorrectly s/h/a JP Morgan Chase Bank, N.A, GMAC Mortgage, LLC incorrectly s/h/a GMAC Bank, LLC., Mortgage Electronic Registration Systems, Inc. incorrectly s/h/a Mortgage Electronic Registration Service, Inc., and RAMP Series 2005-RZ3 Trust incorrectly s/h/a 2005 RS3 RAMP Series 2005-RS3 Trust, as Trustee (collectively, "Defendants"), acknowledge service of the Second Amended Complaint dated September 13, 2012 in the within action; and

IT IS FURTHER STIPULATED AND AGREED that the caption of this action should be amended to reflect the proper names of the defendants herein and as amended should read as follows: The Bank of New York Trust Company, N.A., successor to JPMorgan Chase Bank, N.A., as Trustee, GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc. and RAMP Series 2005-RZ3 Trust; and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts and filed without further notice with the Court and that facsimile or other electronic signatures shall be deemed originals.

Dated: New York, New York
October 16, 2012

LAW OFFICES OF DAVID M. SCHLACHTER, ESQ.

By: _____
David M. Schlachter
Attorney for Plaintiffs
Barbara Cambpell, Marlene Gathers and Phillip Scott
579 Main Avenue
Passaic, New Jersey 07055
(973) 272-4768

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Theodora D. Vasilatos, Esq.
Attorneys for Defendants
The Bank of New York Trust Company, N.A., JPMorgan Chase Bank, N.A., GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc., and RAMP Series 2005-RZ3 Trust
575 Lexington Avenue
New York, NY 10022
(212) 223-0400

Dated: White Plains, New York
10/17, 2012

SO ORDERED:

_____
Honorable Cathy Seibel, U.S.D.J.

681531.1